

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-15-00693-CV

Teresita **CUTLER**,
Appellant

v.

Ernest Eugene **CUTLER**, Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_____
Keith E. Hottle
Clerk of Court